*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

*In Re:*                                                                    *ORDER OF DISMISSAL*
                                                                                      **FOR**
**Rahul Dev Manchanda**                                   *FAILURE TO PROSECUTE*
                                                                               *BANKRUPTCY APPEAL*


-------------------------------------------------------X                25-CV-4105 PMH

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:       TAMMI M. HELLWIG, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Rahul Dev Manchanda                          BANKRUPTCY CASE: **23-B-22095 (SHL)**
DATE OF FILING NOTICE OF APPEAL: 05/13/2025
BANKRUPTCY DOCUMENT #: 241

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay filing fee as required by:

    ___ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 - the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
        York.

Dated:   **January 22, 2026**                                        Vito Genna, Clerk
              New York, New York                                      U.S. Bankruptcy Court, SDNY

                                                                               By: ____s/ Anatin Rouzeau____
                                                                                          Deputy Clerk

**ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ____January 22_____ 20_26_                 _____
              White Plains, New York                                Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____              Tammi M. Hellwig, Clerk
                                                                                District Court, SDNY

                                                                                By: _____
                                                                                           Deputy Clerk